UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K.H.,

    Plaintiff,

  v.

SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

Case No. 15-cv-02740-JST

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: ECF No. 11

    Before the Court is Plaintiff's Administrative Motion to Seal. ECF No. 11. Defendant represents that certain information contained in Paragraph 15 of the Complaint is Sensitive Security Information as defined by 49 C.F.R. Part 1520, and the parties agree that this information should be placed under seal. ECF No. 11-1 ¶ 3; ECF No. 11-2. The Court finds that this information is sealable, and therefore grants the motion.

    The Clerk is directed to seal the Complaint, filed on June 18, 2015. ECF No. 1. Plaintiff shall file a redacted version of the Complaint on the docket within seven days of the date of this order. The Complaint will be deemed filed on the original June 18, 2015, filing date.

    IT IS SO ORDERED.

Dated: August 26, 2015

                                   JON S. TIGAR
                               United States District Judge