UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.H.,<br><br>        Plaintiff,<br><br>    v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Case No. 15-cv-02740-JST<br><br>**ORDER RE: STIPULATION RE: BRIEFING SCHEDULE AND CMC**<br><br>Re: ECF No. 16 |

The Court has received the parties' stipulation regarding a briefing schedule for the defendant's motion to dismiss and continuing the case management conference currently scheduled for September 23, 2015. ECF No. 16; see also ECF No. 14. The stipulation is granted. The Court hereby orders as follows:

    1. Plaintiff's opposition to defendant's motion to dismiss will be due on September 25, 2015.

    2. Defendant's reply brief will be due on October 9, 2015.

    3. The case management conference is continued to November 16, 2015 at 2:00 PM (the same time the motion to dismiss is scheduled to be heard).

    4. The parties' joint case management conference statement shall be filed by November 2, 2015.

    IT IS SO ORDERED.

Dated: September 15, 2015



_____
JON S. TIGAR
United States District Judge