UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.H.,<br><br>        Plaintiff,<br><br>   v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Case No. 15-cv-02740-JST<br><br>**ORDER REGARDING FORMAT OF BRIEFS** |

Plaintiff's brief in opposition to the Government's motion to dismiss, ECF No. 21, is now before the Court. The footnotes in that document appear use a font smaller than 12 points in size.

Civil Local Rule 3-4 provides in relevant part,

> Typewritten text may be no less than standard pica or 12-point type in the Courier font or equivalent, spaced 10 characters per horizontal inch. Printed text may be proportionally spaced, provided the type may not be smaller than 12-point standard font (e.g., Times New Roman). *The text of footnotes and quotations must also conform to these font requirements.*

Civil L.R. 3-4(c)(2) (emphasis added). While the Court is unused to concerning itself with the rule regarding font size, violation of the rule makes it more difficult for the Court to read a party's arguments, and potentially allows the filing party to place more text within a brief than would be allowed if that party had complied with both Rule 3-4(c) and the rules regarding the length of briefs. See Civil L.R. 7-2, 7-3.

/ / /

/ / /

/ / /

/ / /

1  Counsel are advised that any future failure to comply with the Court's requirements for the
2  format of a brief may result in the Court striking the offending document.
3  IT IS SO ORDERED.
4  Dated: November 15, 2015



JON S. TIGAR
United States District Judge