BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K.H., on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 15-cv-02740 JST<br><br>**JOINT PROPOSAL REGARDING SCHEDULE AND [PROPOSED] ORDER**<br><br>The Honorable Jon S. Tigar |

Pursuant to the Court's instruction, the parties to the above-captioned action jointly submit the proposed case schedule, through the class certification hearing:

| **SCHEDULE EVENT** | **DATE** |
|---|---|
| Start of Fact Discovery | December 1, 2015 |
| Deadline for Plaintiff to File Amended Complaint | January 15, 2016 |
| Defendant's Response to Amended Complaint Due | February 15, 2016 |
| Telephonic Further Case Management Conference | April 27, 2016, at 2:00 p.m. |
| Plaintiff's Disclosures Re Class Cert Experts Due (FRCP 26(a)(2)) | May 2, 2016 |

| Defendant's Disclosures Re Class Cert Experts Due (FRCP 26(a)(2)) | July 1, 2016 |
|---|---|
| Deadline for Class Cert Expert Depositions | September 1, 2016 |
| Filing Deadline for Plaintiff's Class Certification Motion (under seal, redacted version filed within 30 days)[1] | October 6, 2016 |
| Filing Deadline for Defendant's Class Certification Opposition (under seal, redacted version filed within 30 days) | November 3, 2016 |
| Filing Deadline for Plaintiff's Class Certification Reply (under seal, redacted version filed within 30 days) | December 1, 2016 |
| Hearing on Class Certification Motion | December 15, 2016 at 2:00 p.m. |

DATED:  November 23, 2015                     Respectfully submitted,

                                              BRIAN J. STRETCH
                                              Acting United States Attorney

                                               /s/ *Wendy M. Garbers*
                                              WENDY M. GARBERS
                                              Assistant United States Attorney
                                              Attorneys for Defendant

DATED:  November 23, 2015                     MORRIS POLICH & PURDY LLP


                                               /s/ *Nicholas M. Wieczorek* *
                                              NICHOLAS M. WIECZOREK
                                              Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*

---

[1] Many of the documents regarding the Federal Air Marshal Service's operations contain Sensitive Security Information ("SSI"), as defined by federal regulation, 49 C.F.R. § 1520.5. TSA has a SSI Program Office that reviews court filings for SSI redaction.  *See generally* 49 C.F.R. § 1520.5. Otherwise, "records containing SSI are not available for public inspection or copying." 49 C.F.R. § 1520.15. In order to protect this SSI, the parties request that they initially be permitted to file their class certification briefing under seal. Both sides' briefs will then be reviewed by the SSI Program Office for redactions, and publicly-available versions filed within 30 days.

**[PROPOSED] ORDER**

Pursuant to the parties' joint proposal, IT IS SO ORDERED.

Dated: November 30, 2015

_____
THE HONORABLE JON S. TIGAR