UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, KARNEL MCMAHAN, RICHARD DEVIVO, GARY MCCONAGHY, and KRISTEN PAVKOVICH, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No.:   3:15-cv-02740-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |

After reviewing the Stipulated Request for Order Changing time filed by Plaintiffs and the Defendant, and good cause appearing therefor, the Court hereby grants the stipulated request. The schedule for this matter shall be as follows:

| Scheduled Event | Current Due Date | New Date |
|---|---|---|
| Start of Fact Discovery | December 1, 2015 | |
| Deadline for Plaintiffs to File Amended Complaint | January 15, 2016 | |
| Defendant's Response to Amended Complaint | February 15, 2016 | |
| Telephonic Further Case Management Conference | April 27, 2016 at 2:00 p.m. | |
| Motion for Conditional Certification to Be Filed | | April 27, 2016 |
| Plaintiffs' Expert Disclosures (FRCP 26(a)(2)) | May 2, 2016 | August 15, 2016 |
| Defendant's Expert Disclosures (FRCP 26(a)(2)) | July 1, 2016 | October 17, 2016 |

1

| Scheduled Event | Current Due Date | New Date |
|---|---|---|
| Deadline for Dispositive Motion Depositions | N/A | December 2, 2016 |
| Filing Deadline for Defendant's Summary Judgment Motion (under seal, redacted version filed within 30 days) | N/A | January 13, 2017 |
| Filing Deadline for Plaintiff's Opposition to Defendant's Summary Judgment Motion (under seal, redacted version filed within 30 days) | N/A | February 10, 2017 |
| Filing Deadline for Defendant's Reply in Support of Summary Judgment Motion (under seal, redacted version filed within 30 days) | N/A | March 8, 2017 |
| Hearing on Defendant's Summary Judgment Motion | N/A | March 30, 2017 at 2:00 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: April 12, 2016

The Honorable Jon S. Tigar

2