```
1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CSBN 213208)
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6475
       FAX: (415) 436-7234
7      wendy.garbers@usdoj.gov

8  Attorneys for Defendant SECRETARY OF THE
   DEPARTMENT OF HOMELAND SECURITY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, KARNEL MCMAHAN, RICHARD DEVIVO, GARY MCCONAGHY, and KRISTEN PAVKOVICH, on behalf of themselves and those similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No. 15-cv-02740 JST<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**(FRCP 41(A)(2))**<br><br>The Honorable Jon S. Tigar |

Through their counsel of record, plaintiffs KARNEL MCMAHAN and KRISTEN PAVKOVICH hereby stipulate to dismiss their claims in this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(A)(2), as follows:

1. KARNEL MCMAHAN's claims are hereby dismissed without prejudice;

2. KRISTEN PAVKOVICH's claims are hereby dismissed without prejudice; and

3. All parties are to bear their own attorneys' fees and costs.

SO STIPULATED.

STIP OF DIMISSAL; [PROPOSED] ORDER
No. 15-cv-02740 JST                                                               1

| | |
|---|---|
| DATED: May 10, 2016 | Respectfully submitted,<br><br>BRIAN J. STRETCH<br>United States Attorney<br><br> /s/ *Wendy M. Garbers*<br>WENDY M. GARBERS<br>Assistant United States Attorney<br><br>Attorneys for Defendant |
| DATED: May 10, 2016 | MORRIS POLICH & PURDY LLP<br><br> /s/ *Nicholas M. Wieczorek* *<br>NICHOLAS M. WIECZOREK<br><br>Attorneys for Plaintiffs KARNEL MCMAHAN and KRISTEN PAVKOVICH |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation, KARNEL MCMAHAN's and KRISTEN PAVKOVICH's claims herein are hereby dismissed without prejudice. Each party to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May 13, 2016

_____
THE HONORABLE JON S. TIGAR