1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
3   WENDY M. GARBERS (CABN 213208)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6475
6       FAX: (415) 436-7234
        wendy.garbers@usdoj.gov
7
    Attorneys for Defendant SECRETARY OF
8   THE DEPARTMENT OF HOMELAND
    SECURITY
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
    K. H., C.V., W.L., J.M., JEFFREY BOYER,      )   Case No. 15-cv-02740 JST
14  BRIAN PIEROG, DONNA BAXTER,                  )
    RICHARD DEVIVO, and GARY                     )   **STIPULATION AND ~~[PROPOSED]~~ ORDER RE
15  MCCONAGHY, on behalf of themselves and       )   PRODUCTION OF THIRD-PARTY
    those similarly situated,                    )   INFORMATION**
16                                               )
                                                 )   The Honorable Jon S. Tigar
17          Plaintiffs,                          )
                                                 )
18      v.                                       )
                                                 )
19  THE SECRETARY OF THE DEPARTMENT              )
    OF HOMELAND SECURITY,                        )
20                                               )
            Defendant.                           )
21  _____ )

22          WHEREAS, this is an Age Discrimination in Employment Action challenging the closure of six

23  Federal Air Marshal Service ("FAMS") offices;

24          WHEREAS, plaintiffs allege that the office closures were discriminatory and bring both direct

25  discrimination and disparate impact theories;

26          WHEREAS, plaintiffs seek certain information not only about the Federal Air Marshals at the

27  impacted offices, but also the Federal Air Marshals at the non-impacted offices, such as dates of birth and

28  duty location.  Plaintiffs assert that such information is relevant to their disparate impact analysis, among

other things;

WHEREAS, Defendant does not dispute that this information may be relevant to the disparate impact analysis, but notes that it is also personally-identifying information about third parties (i.e., Federal Air Marshals who are not before the Court).  Such information is generally protected under the Privacy Act, 5 U.S.C. § 522a, among other things.

WHEREAS, the Privacy Act contains an exception permitting disclosure of protected information "pursuant to the order of a court of competent jurisdiction."  5 U.S.C. § 522a(b)(11).

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their respective counsel of record, that, to the extent the Court agrees that certain demographic information about non-party Federal Air Marshals, such as dates of birth and duty station, is relevant to the claims herein, it should be produced to plaintiffs pursuant to the protective orders in place.


DATED:  July 14, 2016                    Respectfully submitted,

                                         BRIAN J. STRETCH
                                         United States Attorney

                                          /s/ Wendy M. Garbers
                                         WENDY M. GARBERS
                                         Assistant United States Attorney
                                         Attorneys for Defendant


DATED:  July 14, 2016                    MORRIS POLICH & PURDY LLP


                                          /s/ Nicholas M. Wieczorek *
                                         NICHOLAS M. WIECZOREK
                                         Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.

1

**[PROPOSED] ORDER**

2

3        The Court agrees that certain demographic information about non-party Federal Air Marshals, such

4   as their dates of birth and duty stations, is relevant to the claims herein.  The Court hereby orders that such

5   information be provided to plaintiffs under the protective orders in place in this litigation.

6        IT IS SO ORDERED.

7

8   Dated: ___July 15, 2016_____

9

10                              _____

11                              THE HONORABLE JON S. TIGAR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28