BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, RICHARD DEVIVO, and GARY MCCONAGHY, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 15-cv-02740 JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>The Honorable Jon S. Tigar |

    The parties respectfully request a three-week extension of the current case deadlines. (ECF 42.) The parties have been working diligently to move this case along. Since the last conference with the Court: both sides have propounded and responded to additional, written discovery; defendants have produced over 12,000 pages of documents; 5 depositions have been taken (3 Federal Air Marshals, and 2 management representatives); the class list has been compiled and, on August 5, 2016, class notice was mailed out. Notwithstanding these efforts, some unanticipated delay has occurred with respect to plaintiff's retention of an expert and the process of getting the expert's background checked and Transportation Security

Administration clearance to receive Sensitive Security Information. Accordingly, plaintiffs need an additional three weeks to prepare their expert report. Defendant has no objection to a three-week extension, provided that all related case deadlines move in tandem. The parties thus respectfully request that the Court re-set the current case deadlines as follows:

| **SCHEDULE EVENT** | **CURRENT DATE** | **NEW DATE** |
| --- | --- | --- |
| Plaintiffs' Expert Disclosures (FRCP 26(a)(2)) | August 15, 2016 | September 6, 2017 |
| Defendant's Expert Disclosures (FRCP 26(a)(2)) | October 17, 2016 | November 7, 2017 |
| Deadline for Dispositive Motion Depositions | December 2, 2016 | December 23, 2016 |
| Filing Deadline for Defendant's Summary Judgment Motion (under seal, redacted version filed within 30 days)[1] | January 13, 2017 | February 3, 2017 |
| Filing Deadline for Plaintiff's Opposition to Defendant's Summary Judgment Motion (under seal, redacted version filed within 30 days) | February 10, 2017 | March 3, 2017 |
| Filing Deadline for Defendant's Reply in Support of Summary Judgment Motion (under seal, redacted version filed within 30 days) | March 8, 2017 | March 29, 2017 |
| Hearing on Defendant's Summary Judgment Motion | March 30, 2017 at 2:00 p.m. | April 20, 2017 at 2:00 p.m. |

---

[1] Many of the documents regarding the Federal Air Marshal Service's operations contain Sensitive Security Information ("SSI"), as defined by federal regulation, 49 C.F.R. § 1520.5. TSA has a SSI Program Office that reviews court filings for SSI redaction. *See generally* 49 C.F.R. § 1520.5. Otherwise, "records containing SSI are not available for public inspection or copying." 49 C.F.R. § 1520.15. In order to protect this SSI, the parties request that they initially be permitted to file their class certification briefing under seal. Both sides' briefs will then be reviewed by the SSI Program Office for redactions, and publicly-available versions filed within 30 days.

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
NO. 15-CV-02740 JST                                                                                          2

| | |
|---|---|
| DATED:  August 15, 2016 | Respectfully submitted, |
| | BRIAN J. STRETCH<br>United States Attorney |
| | /s/ *Wendy M. Garbers*<br>WENDY M. GARBERS<br>Assistant United States Attorney<br>Attorneys for Defendant |
| DATED:  August 15, 2016 | MORRIS POLICH & PURDY LLP |
| | /s/ *Nicholas M. Wieczorek* *<br>NICHOLAS M. WIECZOREK<br>Attorneys for Plaintiff |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all filers have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 16, 2016

_____
THE HONORABLE JON S. TIGAR