BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7167
   FAX: (415) 436-7234
   David.Pereda@usdoj.gov

Attorneys for Defendant SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, RICHARD DEVIVO, and GARY MCCONAGHY, on behalf of themselves and those similarly situated,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　Defendant. | No. 15-cv-02740 JST<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**(FRCP 41(A)(2))**<br><br>The Honorable Jon S. Tigar |

Through their counsel of record, plaintiffs SAMUEL HUNT and JIMMIE TATE hereby stipulate to dismiss their claims in this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(A)(2), as follows:

1. SAMUEL HUNT's claims are hereby dismissed with prejudice;

2. JIMMIE TATE's claims are hereby dismissed with prejudice; and

3. All parties are to bear their own attorneys' fees and costs.

STIP OF DIMISSAL; [PROPOSED] ORDER
No. 15-cv-02740 JST                                                                                                               1

1  SO STIPULATED.

3  DATED:  December 7, 2016                    Respectfully submitted,

4                                              BRIAN J. STRETCH
                                               United States Attorney

6                                               /s/ *David Pereda*
                                               DAVID PEREDA
                                               Assistant United States Attorney

                                               Attorneys for Defendant

9  DATED:  December 7, 2016                    MORRIS POLICH & PURDY LLP

                                                /s/ *Jeremy Thompson* *
                                               JEREMY THOMPSON

                                               Attorneys for Plaintiffs SAMUEL
                                               HUNT AND JIMMIE TATE

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation, SAMUEL HUNT's and JIMMIE TATE's claims herein are hereby dismissed with prejudice.  Each party to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 7, 2016

                                               _____
                                               THE HONORABLE JON S. TIGAR