BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, RICHARD DEVIVO, and GARY MCCONAGHY, on behalf of themselves and those similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 15-cv-02740 JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE PENDING SUMMARY JUDGMENT MOTIONS**<br><br>Current Date:  April 20, 2017<br>Proposed New Date:  June 8, 2017<br>Time:  2:00 p.m.<br>The Honorable Jon S. Tigar |

## STIPULATION

    WHEREAS, defendant filed their summary judgment motions on February 3, 2017;

    WHEREAS, since the filing of the motions, counsel for defendant learned that one piece of data

cited in the motions titled "FY13 Average Daily Scheduled US Carrier Passenger Flights (Departures and

Arrivals)" actually refers to Average Daily Scheduled <u>High Risk</u> US Carrier Passenger Flights (Departures

and Arrivals).  While this difference does not change the substance of defendant's argument, defendant wishes to correct the record.  This issue impacts only the summary judgment motion with Docket Number 69, and does not impact the summary judgment motion with Docket Number 73;

WHEREAS, the parties have conferred and plaintiffs do not object to defendant filing an amended summary judgment motion (ECF 69);

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their respective counsel of record, that:

1. Defendant will file an amended motion for summary judgment (re ECF 69) on or before February 28, 2017.

2. Plaintiffs' oppositions to both summary judgment motions (ECF 69 and 73) will due on March 31, 2017;

3. Defendant's reply memoranda in support of the summary judgment motions will be due on April 28, 2017; and

4. Subject to the Court's availability, the hearing on the summary judgment motions will be reset to June 8, 2017, at 2:00 p.m.

DATED:  February 23, 2017                    Respectfully submitted,

                                             BRIAN J. STRETCH
                                             Acting United States Attorney

                                             _/s/ Wendy M. Garbers_____
                                             WENDY M. GARBERS
                                             Assistant United States Attorney
                                             Attorneys for Defendant

DATED:  February 23, 2017                    MORRIS POLICH & PURDY LLP

                                             _/s/ Nicholas M. Wieczorek *_____
                                             NICHOLAS M. WIECZOREK
                                             Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiffs have concurred in the filing of this document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   February 23, 2017

THE HONORABLE JON S. TIGAR