NICHOLAS M. WIECZOREK
California Bar No. 110170
JEREMY J. THOMPSON (*Pro Hac Admission*)
Nevada Bar No. 12503
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
NWieczorek@mpplaw.com
JThompson@mpplaw.com

ERNEST B. ORSATTI
PA Bar No. 19891 (*Pro Hac Admission*)
WILLIAM F. WARD
PA Bar No. 25266 (*Pro Hac Admission*)
**ROTHMAN GORDON, P.C.**
310 Grant Street, Third Floor
Pittsburgh, PA 15219
Telephone: (412) 338-1145
Email: eborsatti@rothmangordon.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, RICHARD DEVIVO, and GARY MCCONAGHY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No.: 3:15-cv-02740-JST<br><br>(~~ERRATA TO PROPOSED~~ ORDER IN DOCUMENT 86)<br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>The Honorable Jon S. Tigar |

Through their counsel of record and pursuant to this Court's Order to File Stipulation for Dismissal (ECF 85), plaintiffs Scott Kiefner, Michael Bonham, and F.S. hereby stipulate to dismiss their claims in this action with prejudice as follows:

1. SCOTT KIEFNER's claims are hereby dismissed with prejudice;
2. MICHAEL BONHAM's claims are hereby dismissed with prejudice;
3. F.S.'s claims are hereby dismissed with prejudice; and

4. Each party to bear his/its own attorneys' fees. At this time, the government does not waive any rights to recover costs. The parties will take up that issue at a later date.

SO STIPULATED.

Respectfully submitted,

DATED: April 25, 2017
MORRIS POLICH & PURDY LLP
/s/ *Nicholas Wieczorek*
NICHOLAS M. WIECZOREK

Attorneys for Plaintiffs

DATED: April 25, 2017

BRIAN J. STRETCH
United States Attorney
/s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney

Attorneys for Defendant

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, SCOTT KIEFNER's, MICHAEL BONHAM's AND F.S.'s claims herein are hereby dismissed with prejudice. Each party will bear his/its own attorneys' fees.

IT IS SO ORDERED.

Dated: April 25, 2017

_____
THE HONORABLE JON S. TIGAR