1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4  DAVID A. PEREDA (CABN 237982)
5  Assistant United States Attorney

6     1301 Clay Street, Suite 340S
      Oakland, CA 94612
7     Telephone: (510) 637-3701
      FAX: (510) 637-3724
8     David.Pereda@usdoj.gov

9  Attorneys for Defendant SECRETARY OF THE
   DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, RICHARD DEVIVO, and GARY MCCONAGHY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No. 15-cv-02740 JST<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**(FRCP 41(A)(2))**<br><br>The Honorable Jon S. Tigar |

Through their counsel of record, Plaintiffs R.H., Christopher May, and Kerry Wagoner hereby stipulate to dismiss their claims in this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(A)(2), as follows:

1. R.H.'s claims are hereby dismissed with prejudice;

STIP OF DIMISSAL; [PROPOSED] ORDER
No. 15-cv-02740 JST                                                                                          1

2. Christopher May's claims are hereby dismissed with prejudice;

3. Kerry Wagoner's claims are hereby dismissed with prejudice; and

4. All parties are to bear their own attorneys' fees and costs.

SO STIPULATED.

DATED: January 4, 2018								Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney

Attorneys for Defendant

DATED: January 4, 2018								CLARK HILL | MORRIS POLICH & PURDY

 * *Jeremy Thompson*
JEREMY THOMPSON
Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation, R.H.'s, Christopher May's, and Kerry Wagoner's claims herein are hereby dismissed with prejudice. Each party to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 8, 2018

THE HONORABLE JON S. TIGAR

STIP OF DIMISSAL; [PROPOSED] ORDER
No. 15-cv-02740 JST												2