1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4  DAVID A. PEREDA (CABN 237982)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6475
7      FAX: (415) 436-7234
       wendy.garbers@usdoj.gov
8
   Attorneys for Defendant SECRETARY OF
9  THE DEPARTMENT OF HOMELAND
   SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. H., C.V., W.L., J.M., JEFFREY BOYER, BRIAN PIEROG, DONNA BAXTER, RICHARD DEVIVO, and GARY MCCONAGHY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No. 15-cv-02740 JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND VACATING DEADLINES**<br><br>The Honorable Jon S. Tigar |

**STIPULATION**

WHEREAS, on February 23, 2018, the parties participated in an all-day settlement conference led by Magistrate Judge Laurel Beeler;

WHEREAS, the parties reached a global settlement of the action subject to necessary governmental approvals;

WHEREAS, the settlement was put on the record;

WHEREAS, the parties also contemplate preparing a written settlement agreement, which will be signed by all opt-in plaintiffs; and

WHEREAS, the parties estimate that it will take about 60 days to document the settlement and obtain the requisite governmental approvals;

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their respective counsel of record, that:

1. All deadlines and other dates currently on calendar are vacated; and
2. Within 60 days, the parties will file a joint statement reporting on the status of finalizing the settlement.

DATED: February 28, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

 /s/ *Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney
Attorneys for Defendant

DATED: February 28, 2018

CLARK HILL PLLC

 /s/ *Nicholas M. Wieczorek* *
NICHOLAS M. WIECZOREK
Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' settlement and stipulation, IT IS SO ORDERED.

Dated: March 1, 2018

THE HONORABLE JON S. TIGAR